IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 21-12588-mdc |
| RICHARD D. SITEK and<br>PATRICIA M. SITEK, | Chapter 13 |
| | Document No. |
| Debtor, | |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant, | |
| v. | |
| RICHARD D. SITEK,<br>PATRICIA M. SITEK, and<br>KENNETH E. WEST, Trustee, | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this 19th day of January 2022, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc. in the 2016 Ford Focus Sedan 4D S 2.0L, VIN# 1FADP3E20GL282180.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge